IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(BOWLING GREEN DIVISION)

| | |
|---|---|
| JOEL D. SPEARS, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 1:15-CV-103-GNS ) |
| LVNV FUNDING, LLC ET AL. | ) ) |
| Defendants | ) |

\*\* \*\* \*\* \*\*

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Joel D. Spears, and the Defendant, Equifax Information Services, LLC, each by counsel, and hereby notifies the Court that Plaintiff has settled his claims against Equifax Information Services, LLC subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

HAVE SEEN AND AGREE:

/s/ John Michael Williams
RAJKOVICH, WILLIAMS, KILPATRICK & TRUE, PLLC
3151 Beaumont Centre Circle, Ste. 375
Lexington, KY 40513
(Tel) 859.245.1059
(Fax) 859.245.1231
williams@rwktlaw.com
*Counsel for Defendant, Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that on the 18th day of December, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

            /s/David W. Hemminger
            David W. Hemminger