IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(BOWLING GREEN DIVISION)

JOEL SPEARS                                                     PLAINTIFF

Case No. 1:15-cv-103-GNS-HBB

v.

LVNV FUNDING, LLC et al.                                   DEFENDANTS

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Joel Spears, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE as settled, each party to bear its own attorneys' fees and costs.

**Greg N. Stivers, Judge**
**United States District Court**

July 7, 2016