IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(BOWLING GREEN DIVISION)

JOEL SPEARS            PLAINTIFF

Case No. 1:15-cv-103-GNS-HBB

v.

LVNV FUNDING, LLC et al.            DEFENDANTS

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Joel Spears, and the Defendant, LVNV Funding, LLC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against LVNV Funding, LLC are hereby DISMISSED WITH PREJUDICE as settled, each party to bear its own attorneys' fees and costs.

**Greg N. Stivers, Judge**
**United States District Court**

July 7, 2016